| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Walter, Donald E. | 2. Court or Organization<br><br>U.S. Dist Ct; Western Dist LA | 3. Date of Report<br><br>07/13/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Court Judge-Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>300 Fannin Street, Suite 4200<br>Shreveport, Louisiana 71101 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

# Walter , Donald E.

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 07/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FJC Seminar | 06/10/10-6/15/10 | Princeton, N.J. | FJC educational seminar | food, lodging and travel |
| 2. | FJC Seminar | 11/03/10-11/06/10 | St.Louis, MO | FJC educational seminar | food, lodging and travel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 07/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. See attached description - timber farm rent | D | Rent | N | Q | Sold (part) | 12/31/10 | J | C | |
| 2. Jefferson Davis Bank & Trust Account | A | Interest | K | T | | | | | |
| 3. See attached description | B | Royalty | J | V | | | | | |
| 4. Jefferson Davis Bank Common Stock | E | Dividend | N | T | | | | | |
| 5. See attached description | B | Rent | K | Q | | | | | |
| 6. Pierremont Oaks Tennis Club | | None | J | T | | | | | |
| 7. Left intentionally blank | | None | | | | | | | |
| 8. Left intentionally blank | | None | | | | | | | |
| 9. Left intentionally blank | | None | | | | | | | |
| 10. Left intentionally blank | | None | | | | | | | |
| 11. Left intentionally blank | | None | | | | | | | |
| 12. Jefferson Davis Bank & Trust Common Stock | E | Dividend | P1 | T | | | | | |
| 13. Left intentionally blank | | None | | | | | | | |
| 14. Other assets | | None | | | | | | | |
| 15. Left intentionally blank | | None | | | | | | | |
| 16. Left intentionally blank | | None | | | | | | | |
| 17. See attached description | | None | J | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 07/13/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. See attached description | B | Royalty | J | V | | | | | |
| 19. Coastal Club Common Stock | | None | L | T | | | | | |
| 20. Left intentionally blank | | None | | | | | | | |
| 21. Left intentionally blank | | None | | | | | | | |
| 22. Note: Valuation Code V-asset value on 36mth gross prod | | None | | | | | | | |
| 23. Other assets | | None | | | | | | | |
| 24. Exxon Mobil Common Stock-Morgan Stanley #1 | B | Dividend | K | T | | | | | |
| 25. Left intentionally blank | | None | | | | | | | |
| 26. Left intentionally blank | | None | | | | | | | |
| 27. Left intentionally blank | | None | | | | | | | |
| 28. Oracle Corp Common Stock-transferred to Morgan Stanley #2 | A | Dividend | J | T | Sold (part) | 06/01/10 | K | E | |
| 29. Left intentionally blank | | None | | | | | | | |
| 30. Bancorp South Account | A | Interest | J | T | | | | | |
| 31. Left intentionally blank | | None | | | | | | | |
| 32. Verizon CommuniCo Common Stock-Morgan Stanley #1 | A | Dividend | J | T | | | | | |
| 33. Left intentionally blank | | None | | | | | | | |
| 34. Left intentionally blank | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 07/13/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Left intentionally blank | | None | | | | | | | |
| 36. Left intentionally blank | | None | | | | | | | |
| 37. Left intentionally blank | | None | | | | | | | |
| 38. Left intentionally blank | | None | | | | | | | |
| 39. Left intentionally blank | | None | | | | | | | |
| 40. Left intentionally blank | | None | | | | | | | |
| 41. Left intentionally blank | | None | | | | | | | |
| 42. GE Common Stock-Charles Schwab | A | Dividend | J | T | Buy (add'l) | 04/01/10 | J | | |
| 43. Left intentionally blank | | None | | | | | | | |
| 44. Left intentionally blank | | None | | | | | | | |
| 45. Left intentionally blank | | None | | | | | | | |
| 46. Left intentionally blank | | None | | | | | | | |
| 47. Left intentionally blank | | None | | | | | | | |
| 48. Other Assets-Blackrock Global Smallcap Fund Cl A & B- M.S.#1 | A | Dividend | K | T | | | | | |
| 49. IDEARC Common Stock | A | Dividend | J | T | | | | | |
| 50. Left intentionally blank | | None | | | | | | | |
| 51. Left intentionally blank | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 07/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Charles Schwab & Co., Inc.-money market | | None | J | T | | | | | |
| 53. Left intentionally blank | | None | | | | | | | |
| 54. Left intentionally blank | | None | | | | | | | |
| 55. Left intentionally blank | | None | | | | | | | |
| 56. Left intentionally blank | | None | | | | | | | |
| 57. Left intentionally blank | | None | | | | | | | |
| 58. Left intentionally blank | | None | | | | | | | |
| 59. Left intentionally blank | | None | | | | | | | |
| 60. Leave intentionally blank | | None | | | | | | | |
| 61. Left intentionally blank | | None | | | | | | | |
| 62. Left intentionally blank | | None | | | | | | | |
| 63. Left intentionally blank | | None | | | | | | | |
| 64. Left intentionally blank | | None | | | | | | | |
| 65. Left intentionally blank | | None | | | | | | | |
| 66. Left intentionally blank | | None | | | | | | | |
| 67. Left intentionally blank | | None | | | | | | | |
| 68. Left intentionally blank | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 07/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Left intentionally blank | | None | | | | | | | |
| 70. Left intentionally blank | | None | | | | | | | |
| 71. Left intentionally blank | | None | | | | | | | |
| 72. Left intentionally blank | | None | | | | | | | |
| 73. Left intentionally blank | | None | | | | | | | |
| 74. Left intentionally blank | | None | | | | | | | |
| 75. Left intentionally blank | | None | | | | | | | |
| 76. See Attached Description | A | Royalty | J | V | | | | | |
| 77. See Attached Description | E | Royalty | M | V | | | | | |
| 78. Left intentionally blank | | None | | | | | | | |
| 79. Left intentionally blank | | None | | | | | | | |
| 80. Left intentionally blank | | None | | | | | | | |
| 81. Left intentionally blank | | None | | | | | | | |
| 82. Bancorp South Inc.-Charles Schwab | | None | | | Sold | 11/19/10 | J | A | |
| 83. Left intentionally blank | | None | | | | | | | |
| 84. General Electric | A | Dividend | J | T | Sold | 12/09/10 | J | A | |
| 85. Left intentionally blank | | None | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 07/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Pfizer Incorporated | A | Dividend | J | T | Sold | 12/09/10 | J | A | |
| 87. Left intentionally blank | | None | | | | | | | |
| 88. Left intentionally blank | | None | | | | | | | |
| 89. Left intentionally blank | | None | | | | | | | |
| 90. Left intentionally blank | | None | | | | | | | |
| 91. Left intentionally blank | | None | | | | | | | |
| 92. Left intentionally blank | | None | | | | | | | |
| 93. Fairpoint Communications-Morgan Stanley #1 | | None | | | Sold | 12/10/10 | J | A | |
| 94. Left intentionally blank | | None | | | | | | | |
| 95. Left intentionally blank | | None | | | | | | | |
| 96. Left intentionally blank | | None | | | | | | | |
| 97. Baxter Interntl Inc.-transferred to Morgan Stanley #2 | A | Dividend | J | T | Sold (part) | 12/10/10 | J | A | |
| 98. Coca Cola Com-transferred to Morgan Stanley #2 | A | Dividend | J | T | Sold (part) | 06/01/10 | J | A | |
| 99. Disney (Walt) Co Com-transferred to Morgan Stanley #2 | A | Dividend | | | Sold | 06/01/10 | J | A | |
| 100. Goldman Sachs Group Inc | A | Dividend | K | T | Sold | 04/27/10 | K | B | |
| 101. General Mills-transferred to Morgan Stanely #2 | A | Dividend | J | T | Sold (part) | 06/01/10 | J | A | |
| 102. Left intentionally blank | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 07/13/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. McDonalds Corp-transferred to Morgan Stanley #2 | A | Dividend | J | T | Sold (part) | 06/01/10 | J | A | |
| 104. Left intentionally blank | | None | | | | | | | |
| 105. Proctor & Gamble Co-transferred to Morgan Stanley #2 | A | Dividend | J | T | Sold (part) | 06/01/10 | J | A | |
| 106. General Electric | | None | | | Sold | 12/31/10 | J | A | |
| 107. Left intentionally blank | | None | | | | | | | |
| 108. The New Century,LLC | A | Distribution | J | V | | | | | |
| 109. Morgan Keegan Cash Acct | | None | | | Closed | 12/31/10 | J | | |
| 110. Interest in Niblett Irrigation Inc | | None | J | V | | | | | |
| 111. R.S. Note | | None | J | V | | | | | |
| 112. Jefferson Davis Bank Account | | None | N | T | | | | | |
| 113. GenMaritime Corp-Charles Schwab | A | Dividend | | | Sold | 11/12/10 | J | A | |
| 114. Palomar Med Tech-Charles Schwab | | None | | | Sold | 03/30/10 | J | A | |
| 115. Spectra Energy Corp-Charles Schwab | A | Dividend | J | T | | | | | |
| 116. Morgan Stanley Bank #1 | A | Interest | J | T | | | | | |
| 117. Left intentionally blank | | None | | | | | | | |
| 118. Morgan Stanley #2-Bank | A | Interest | J | T | Open | 05/26/10 | K | | |
| 119. Morgan Stanley #2-Advanced Auto Parts | A | Dividend | J | T | Buy | 06/01/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 07/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Morgan Stanley #2- Altria Group Inc. | A | Dividend | J | T | Buy | 06/01/10 | J | | |
| 121. Morgan Stanley #2- American Elec Power co | A | Dividend | J | T | Buy | 06/01/10 | J | | |
| 122. Morgan Stanley #2-Apple Inc. | | None | J | T | Buy | 06/01/10 | J | | |
| 123. Morgan Stanley #2-AT&T | A | Dividend | J | T | Buy | 06/01/10 | J | | |
| 124. Morgan Stanley #2-Bank of NY Mellon | A | Dividend | J | T | Buy | 06/01/10 | J | | |
| 125. Morgan Stanley #2-Berkshire Hathaway Cl B | | None | J | T | Buy | 06/01/10 | J | | |
| 126. Morgan Stanley #2-Chevron Corp | A | Dividend | J | T | Buy | 06/01/10 | J | | |
| 127. Alcoa- Charles Schwab | | None | J | T | Buy | 11/19/10 | J | | |
| 128. Morgan Stanley #2-CVS Caremark Corp | A | Dividend | J | T | Buy | 06/01/10 | J | | |
| 129. Morgan Stanley #2-Dr Pepper Snapple Group | | None | J | T | Buy | 10/08/10 | J | | |
| 130. Morgan Stanley #2-Ebay Inc | | None | J | T | Buy | 10/08/10 | J | | |
| 131. Morgan Stanley #2-Genergal Elec | A | Dividend | J | T | Buy | 06/01/10 | J | | |
| 132. Morgan Stanley #2-Home Depot Inc. | A | Dividend | J | T | Buy | 06/01/10 | J | | |
| 133. Morgan Stanley #2-Intel Corp | A | Dividend | J | T | Buy | 06/01/10 | J | | |
| 134. Morgan Stanley #2- IShare Silver Trust | | None | J | T | Buy | 10/08/10 | J | | |
| 135. | | | | | Sold (part) | 12/31/10 | J | A | |
| 136. Morgan Stanley #2-Johnson & Johnson | A | Dividend | J | T | Buy | 06/01/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,000 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 07/13/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Morgan Stanley #2-Kellogg Co. | A | Dividend | J | T | Buy | 06/01/10 | J | | |
| 138. Morgan Stanley #2-Kimberly Clark Corp | A | Dividend | J | T | Buy | 06/01/10 | J | | |
| 139. Morgan Stanley #2-Microsoft Corp | A | Dividend | J | T | Buy | 06/01/10 | J | | |
| 140. Morgan Stanley #2- Nabors Industries | | None | J | T | Buy | 06/01/10 | J | | |
| 141. Morgan Stanley #2-Northern Trust Co | A | Dividend | J | T | Buy | 06/01/10 | J | | |
| 142. Morgan Stanley #2-Petroleo Bras Sa Ads | A | Dividend | J | T | Buy | 06/01/10 | J | | |
| 143. Morgan Stanley #2- Pfizer Inc. | A | Dividend | J | T | Buy | 10/08/10 | J | | |
| 144. Morgan Stanley #2-Philip Morris Intl | A | Dividend | J | T | Buy | 06/01/10 | J | | |
| 145. Morgan Stanley #2- Schlumberger | A | Dividend | J | T | Buy | 06/01/10 | J | | |
| 146. Morgan Stanley #2- Textron inc. | A | Dividend | J | T | Buy | 06/01/10 | J | | |
| 147. Morgan Stanley #2- Time Warner Inc. | A | Dividend | J | T | Buy | 06/01/10 | J | | |
| 148. Morgan Stanley #2- United Parcel Service | | None | J | T | Buy | 12/01/10 | J | | |
| 149. Morgan Stanley #2- United States Natural Gas Fund | A | Distribution | J | T | Buy | 06/01/10 | J | | |
| 150. Morgan Stanley #2- Vanguard Emrg Mkt | A | Dividend | J | T | Buy | 06/01/10 | J | | |
| 151. Morgan Stanley #2- Verizon Communications | A | Dividend | J | T | Buy | 06/01/10 | J | | |
| 152. Morgan Stanley #2- Walmart Stores Inc. | A | Dividend | J | T | Buy | 06/01/10 | J | | . |
| 153. Morgan Stanley #2- Weatherford International | | None | J | T | Buy | 06/01/10 | J | | |

1. Income Gain Codes:        A =$1,001 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                    J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                                        P3 =$25,000,001 - $50,000,000        P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal        R =Cost (Real Estate Only)    S =Assessment        T =Cash Market
(See Column C2)              U =Book Value        V =Other        W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 07/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Morgan Stanley #2- Wells Fargo & Co | A | Dividend | J | T | Buy | 06/01/10 | J | | |
| 155. Morgan Stanley #2- Janus Overseas | A | Dividend | J | T | Buy | 06/01/10 | J | | |
| 156. Morgan Stanley #2- Lazard Emerging Mkts Open | A | Dividend | J | T | Buy | 06/01/10 | J | | |
| 157. Morgan Stanley #2- MFS Diversified Income | A | Dividend | J | T | Buy | 11/09/10 | J | | |
| 158. Morgan Stanley #2- Templeton Bric A | A | Dividend | J | T | Buy | 06/01/10 | J | | |
| 159. Morgan Stanley #2- Virtus Altern Diversifier A | A | Dividend | J | T | Buy | 06/01/10 | J | | |
| 160. Morgan Stanley #2- Ishares MSCI Sth Korea | A | Dividend | | | Buy | 06/01/10 | J | | |
| 161. | | | | | Sold | 11/23/10 | J | A | |
| 162. Morgan Stanley #2-SPDR Gold Tr Gold Shs | | None | | | Buy | 06/01/10 | J | | |
| 163. | | | | | Sold | 10/08/10 | J | A | |
| 164. Morgan Stanley #2- Bristol Myers Squibb Co | A | Dividend | | | Buy | 06/01/10 | J | | |
| 165. | | | | | Sold | 10/08/10 | J | A | |
| 166. Morgan Stanely #3-Ishares Silver Trust | | None | J | T | Buy | 10/08/10 | J | | |
| 167. Morgan Stanley #3- Amer Cent Heritage | | None | J | T | Buy | 06/01/10 | J | | |
| 168. Morgan Stanley #3- Hartford Cap Apprec A | | None | J | T | Buy | 06/01/10 | J | | |
| 169. Morgan Stanley #3-Janus Overseas | A | Dividend | J | T | Buy | 06/01/10 | J | | |
| 170. Morgan Stanley #3- MFS Mass Inv Trust | A | Dividend | J | T | Buy | 06/01/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 07/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Morgan Stanley #3-MFS Muni Ltd Maturity | A | Interest | J | T | Buy | 06/01/10 | J | | |
| 172.  Morgan Stanley #3-Nuveen Ltd Trm Muni | A | Dividend | J | T | Buy | 06/01/10 | J | | |
| 173.  Morgan Stanley #3- Pimco Total Return A | A | Dividend | J | T | Buy | 06/01/10 | J | | |
| 174.  Morgan Stanley #3- Templeton Global Bd | A | Dividend | J | T | Buy | 06/01/10 | J | | |
| 175.  Morgan Stanley #3- Virtus Altern Diversifier | A | Dividend | J | T | Buy | 06/01/10 | J | | |
| 176.  Morgan Stanley #3- Virtus Multi Sect Sht Trm | A | Dividend | J | T | Buy | 06/01/10 | J | | |
| 177.  Morgan Stanley #3- Wells Fargo Sht Trm Muni | A | Dividend | J | T | Buy | 06/01/10 | J | | |
| 178.  Morgan Stanley #3-bank | A | Interest | J | T | Open | 05/26/10 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Walter, Donald E. | 07/13/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

#1, Undeveloped land outside of Waynesboro, Wayne County, Mississippi, and Louisiana farmlands located in Jefferson Parish, Louisiana. Appraisal taken as of October 15, 2008.

#5, An undivided interest in real estate located in Jennings, Louisiana. Was shown as sold in 2008 in error. This investment consisted of two buildings, only 1 was sold in 2008. The 2008 report should have shown a value for the building that was still owned.

#3, Working interest – Hanna #1 Grafton, Blackbird and Thelma Morris – Leon, Houston and other counties in Texas income paid by Palmer Production, Inc. Valutaion based on 3 times the current year income.

#17, Royalty interest in Jeff Davis and Vermillion Parishes, Louisiana – Production income paid by Hillcorp Energy. Valuation based on 3 times the current year income.

#18, Working interest – Alabama Ferry Units in Leon, Houston and other counties in Texas income paid by Hillcorp Corporation. Valuation based on 3 times the current year income.

#36, Merrill Lynch Banking-transfers throughout the year to ML Bank Deposit Program.

#76, Royalty Interest – Hanna #1 Grafton, Blackbird and Thelma Morris – Leon, Houston and other counties in Texas income paid by Palmer Production, Inc. Valuation based on 3 times the current year income.
#77, Royalty Interest – Jeff Davis and Vermillion Parishes, Louisiana. Production income paid by Texas Petroleum. Valuation based on 3 times the current year income.

#108, Value used in sucession ▓▓▓▓ DOD 7/9/2007.

#110, Value used in sucession ▓▓▓▓ DOD 7/9/2007.

#111, Value used in sucession ▓▓▓▓ DOD 7/9/2007.

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 07/13/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Donald E. Walter**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544